**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Andrew St.Laurent,<br>*aka* Andrew Martin St. Laurent,<br>*aka* Jonathon Andrew Martin McChain-Farnham,<br>*aka* Jon Farnham Sr.,<br>*aka* Jonathon A. Farnham Sr.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>　　　　　Defendants. | No. CIV 01-0131-PHX-EHC (DKD)<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion to Correct Name in Caption (Doc. #116), Motion for Production of Documents (Doc. #120), and Motion for Enlargement of Time to File Response (Doc. #121).

**A. Motion to Correct Name in Caption.**

In his motion, Plaintiff requests that the Clerk of the Court correct his name to reflect his name as Jonathon Farnham, Sr. Plaintiff filed his Complaint (Doc. #1) on January 22, 2001, his Amended Complaint (Doc. #14) on August 17, 2001, and his Second Amended Complaint (Doc. #22) on May 6, 2002, all under the name of Ronald Andrew St. Laurent. Since the filing of his Complaint, Plaintiff has used the following names: Andrew Martin St. Laurent (Doc. #74), filed February 5, 2004; Jonathon Andrew Martin McChain-Farnham (Doc. #82), filed June 18, 2004; Jon Farnham Sr. (Doc. #91), filed March 14, 2005; and Jonathon A. Farnham Sr. (Doc. #92), filed April 6, 2005. In his motion to correct his name, Plaintiff states that he has

on at least three different occasions requested that his name be changed. A review of the record shows that Plaintiff has filed notices to change address but never requested that his name be changed. To the extent stated in this Order, Plaintiff's name will remain the same in the caption of this matter but the Clerk of the Court will be directed to use all of Plaintiff's sur-names/aliases when mailing correspondence to Plaintiff.

**B. Motion for Production of Documents.**

Plaintiff seeks to obtain all documents relating to discipline case number 99-A16-1041 issued July 21, 1999. Plaintiff is advised that motions for discovery/compel need not be filed with the Court but rather submitted to opposing counsel with a Notice of Service filed with the Court. Federal Rules of Civil Procedure, Rule 5(d):

> All papers after the complaint required to be served upon a party, together with a certificate of service, must be filed with the court within a reasonable time after service, but disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: (i) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon land, and (iv) requests for admission.

*Also see* Rules of Practice of the United States District Court, District of Arizona (Local Rules), LRCiv 5.2:

> A "Notice of Service" of the disclosures and discovery requests and responses listed in Rule 5(d) of the Federal Rules of Civil Procedure must be filed within a reasonable time after service of such papers.

Accordingly, Plaintiff's request will be denied.

**C. Motion for Enlargement of Time to File Response.**

Plaintiff is requesting a continuance of time within which to file a response to Defendant's Motion for Summary Judgment. Plaintiff's response was due December 18, 2005. Upon good cause shown and no objection by Defendant, Plaintiff's Motion will be granted in part, as further stated in this Order.

**IT IS ORDERED** denying Plaintiff's Motion to Correct Name in Caption (Doc. #116). The Clerk of the Court is directed to use all of Plaintiff's sur-names/aliases when addressing any correspondence to Plaintiff.

1  **IT IS FURTHER ORDERED** denying Plaintiff's Motion for Production of Documents
2  (Doc. #120).
3  **IT IS FURTHER ORDERED** granting, in part, Plaintiff's Motion for Enlargement of
4  Time to File Response (Doc. #121). Plaintiff's Response to Defendant's Motion for Summary
5  Judgment shall be file no later than June 9, 2006.
6  DATED this 8th day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge